IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                        No. 4:10-cr-192-DPM-1

DIANA SMITH                                                           DEFENDANT

## ORDER

Smith moves to reduce her sentence. № 88. Motion denied. The authorities she cites, Amendment 712 and U.S.S.G. §1B1.1.10, do not apply to her. The Court used U.S.S.G. §2B1.1 when it sentenced Smith for conspiracy to commit mail fraud. And there has been no change to that section that might have lowered the advisory guideline range in her case.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 July 2013